No. 270. KOBE, INC. ET AL. *v.* DEMPSEY PUMP CO. ET AL. C. A. 10th Cir. Certiorari denied. *Rufus S. Day, Jr.* and *Ford Harris, Jr.* for petitioners. *Fenelon Boesche, Richard B. McDermott, Charles M. McKnight* and *Robert F. Davis* for respondents.

No. 275. CARTER ET AL. *v.* SIMPSON, EXECUTRIX, ET AL. C. A. 7th Cir. Certiorari denied. *James E. Wilson* for petitioners. *John K. Ruckelshaus* for respondents.

No. 279. WEITKNECHT ET AL., EXECUTORS, *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert E. Kline, Jr.* for petitioners. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for respondent.

No. 282. DEALER'S TRANSPORT CO. *v.* GRASSE. Supreme Court of Illinois. Certiorari denied. *F. Trowbridge vom Baur* for petitioner. *James L. Coburn* for respondent.

No. 74. INDEPENDENT BROADCASTING CO. *v.* FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Harold E. Mott* and *Robert L. Heald* for petitioner. *Solicitor General Perlman, Benedict P. Cottone* and *Richard A. Solomon* for respondent.